UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| TWO DOG LIMIT PRODUCTIONS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>NETWORK TEN PTY LIMITED, et al.,<br><br>Defendants. | CASE NO. 2:17-cv-06586-SVW-GJS<br><br>[formerly Los Angeles County Superior Court Case No. BC665286]<br><br>**ORDER GRANTING REMAND**<br><br>Complaint filed September 7, 2017 |

Having reviewed the above stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Notice of Removal filed September 7, 2017 be withdrawn and that this cause be remanded to the Superior Court of the State of California, County of Los Angeles. The Court further orders that the Court file in this case be transferred by the Clerk of this Court to the Clerk of the Los Angeles County Superior Court, along with a certified copy of this Order of Remand. The State Court may thereupon proceed with this case.

IT IS SO ORDERED.

Date: October 24, 2017

_____
Hon. Stephen V. Wilson
United States District Court Judge